**UNITED STATES DISTRICT COURT**

**For the Northern District of California**

UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| JIMMIE STEPHEN, | No. 15-cv-1135 LB |
| Plaintiff, | **ORDER EXTENDING DEADLINES** |
| v. | [Re: ECF No. 23] |
| CDCR; et al., | |
| Defendants. | |
| _____/ | |

The defendants' request for an extension of the deadline to file their motion for summary judgment or other dispositive motion is GRANTED. (ECF No. 23.)   The court now sets the following new briefing schedule for motions for summary judgment and other dispositive motions: No later than **October 16, 2015**, the defendants must file and serve any motion for summary judgment or other dispositive motion.  No later than **November 13, 2015**, the plaintiff must file and serve his opposition to the motion for summary judgment or other dispositive motion.  No later than **December 1, 2015**, the defendants must file and serve their reply brief, if any.

**IT IS SO ORDERED.**

Dated: August 24, 2015

_____
LAUREL BEELER
United States Magistrate Judge

15-cv-1135 LB
ORDER